**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7764**

—————————

JOHN J. SIMMONS,

Plaintiff - Appellant,

versus

JIM DUNN, Former Solicitor of the Georgetown
County Solicitor's Office; NELSON BROWN,
Georgetown Police Officer; LARRY C. BATSON,
SCDC General Counsel; JOHN G. NORRIS, Chief of
SCDC Offender Records Branch; FLORA BROOKS
BOYD, Warden,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CA-93-1443-2-8AJ)

—————————

Submitted: March 26, 1996          Decided: April 16, 1996

—————————

Before WIDENER and MICHAEL, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John J. Simmons, Appellant Pro Se. Stephen Peterson Groves, Sr.,
Carol Brittian Ervin, YOUNG, CLEMENT, RIVERS & TISDALE, Charleston,
South Carolina; Arrigo Paul Carotti, John Betts McCutcheon, Jr.,
MCCUTCHEON, MCCUTCHEON & BAXTER, P.A., Conway, South Carolina, for
Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Simmons v. Dunn, No. CA-93-1443-2-8AJ (D.S.C. Oct. 3, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED